# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF MINNESOTA*

Anthony J. Wartman, et al.,

v.

Solar Plastics Corporation, et al.,

**PRETRIAL CONFERENCE NOTICE**

**Case Number Civil 00-890 PAM/JGL**

(x) TAKE NOTICE That the proceeding in this case has been **continued** to a new date and time. The change is indicated below.

Room 730 (7th Floor)
316 North Robert Street
St. Paul, Minnesota 55101

**Before the Honorable Paul A. Magnuson on Thursday, September 7, 2000 @ 2:20 P.M., for a Pretrial Conference.**

Dated: August 23, 2000

FRANCIS E. DOSAL, CLERK

Suzanne M. Ruiz, Calendar Clerk

cc: James C. Snyder, Sr.
Jessica Lipsky Roe

FILED AUG 23 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________