UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Wartman,

Civil File No. 00-890 (PAM/JGL)

Plaintiff,

v.

**ORDER**

Solar Plastics Corporation,
a Minnesota corporation,

Defendant.

---

This matter is before the Court on Defendant Solar Plastics Corporation's Motion for Fee Award. The Court is in receipt of a declaration from Defendant's counsel attesting to the amount in issue. (See Roe Decl. dated March 11, 2001.) Plaintiff has not challenged the amount set forth in that declaration. After careful review and consideration, the Court determines that Defendant is entitled to $1,980.00 in attorneys' fees. See Fed. R. Civ. P. 54(d)(2). Plaintiff shall pay this amount to Defendant within thirty days of the date of this Order. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Fee Award (Clerk Doc. No. 23) is **GRANTED**; and

2. Plaintiff shall make payment in the amount of $1,980.00 to Defendant within thirty days of the date of this Order.

Dated: March 23, 2001, 2001

Paul A. Magnuson
United States District Court Judge

FILED MAR 23 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK