UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony Wartman; Leonard M. Johnson, Steven R. Mitchell, Barbara Hill, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Solar Plastics Corporation, a Minnesota corporation; John Does 1, 2, 3, and 4,

Defendants.

Case No. 890 PAM/JGL

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULE**

The parties and attorneys hereby stipulate that they wish to extend the discovery period in this matter and request that the Pretrial Schedule be amended as follows:

1. The discovery cut-off date shall be June 15, 2001.

2. The last date for filing and serving a non-dispositive motion shall be June 15, 2001.

3. The last date for filing and serving a dispositive motion shall be September 1, 2001.

Dated: MAY 7, 2001

BERNICK AND LIFSON, P.A.

By: ______________________
Jessica L. Roe, #250867
5500 Wayzata Boulevard
1200, The Colonnade
Minneapolis, Minnesota 55416-1270
(763) 546-1200
(763) 546-1003 (fax)
Attorney for Defendant

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: 5-15-2001

SNYDER LAW OFFICE, P.A.

By: James C. Snyder, Sr.

James C. Snyder, Sr., #183374
2499 Rice Street, Suite 240
Roseville, MN 55113
(651) 415-0800
Attorney for Plaintiff

**IT IS SO ORDERED:** The stipulation to amend discovery dates in the above-entitled case is approved.

Dated: May 29, 2001

Jonathon G. Lebedoff
United States Magistrate Judge