# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Anthony Wartman

Case No. Civil 00-890 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Solar Plastics Corporation, a MN corporation

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is GRANTED.

DATE: October 15, 2001

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery, Deputy Clerk